RECEIVED
FEB 12 2021
US DISTRICT COURT
MID DIST TENN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
Nashville

**Plaintiff**
Phyllis J. Lawrence )
)
v. )
)
**Defendant** )
)
Department of Veterans Affairs Agency )
Tennessee Valley Healthcare System

**Case Number: 3:21-cv-00031**

**District Judge Eli J. Richardson**

## MOTION TO AMEND COMPLAINT

Plaintiff filed suit on January 26, 2021. This motion is to request amendment of the original complaint to reflect changes in the heading, clarification of the complaint, and correction of grammatically errors. The complaint as noted below was mailed via certified mail to the Defendant on February 11, 2021.

### Civil Rights Action
### Job Discrimination based on (Race) and (Age)
### Retaliation for EEO Activity

I have been harassed, bullied, and subjected to a hostile work environment since my initial claim reporting unsafe and unclean practices in the Urology Clinic at the Department of Veterans Affairs, Tennessee Valley Healthcare System in 2012. The Agency elected to remove me from the position in that area and replace me with my white counterpart. My complaints fell on deaf hears, as my cases became a part of a judicial backlog. This case lead to retaliation through discriminatory practices by the Agency that became even more egregious as the years past to include: failure to promote me (applied for more than 20 positions), unequal terms and conditions of my employment (disparities in treatment compared to the other managers, my workload was tripled), retaliation (not offered opportunities for training and leadership institute), bullying, and harassment. The local EEOC Administrative Judge ruled against consolidation of my cases leading to a fragmented depiction of the injustice that I had suffered over the years. I was denied a hearing on all of my cases, five total, and the Agency filed for a summary of judgement on each case. The Agency started from the last case, working backwards and out of sequence, which did not give validity and reasoning to my story.

1

Civil Action No. 03:21-cv-00031

Above are the facts of my story. Some 10,000 pages later, and during a pandemic, April 29, 2020, I was called a "darky", and a black b---- by the Agency's Chief of Staff for doing my job. I filed a formal complaint and was given the right to file a discrimination case by the VA Office of Resolution Management; however, the claim block was invalid, and the Agency filed for dismissal of my case. All administrative resources have been exhausted.

Since my initial complaint in 2012, I was marked by the Agency's leadership as one not considered for promotion and other opportunities. Leadership has changed, but the mindset and the case logs remain the same. Minorities do have the capacity to think critically and outside of the box and should be given the same opportunities as others. Every position that I have applied for, I was overlooked for the promotion, because of my race, age, and retaliation for previous EEO activity. Every Leadership Institute I made application to, times three, I was not selected. When opportunities arose for advancement, I was overlooked. I thought I could circumvent things by getting more education and advanced credentials; however, I believe that made things even worse. The undue stress of this ordeal has caused a drastic deterioration of my health. It is my hope that my cases will be heard in a lawful court and the ruling of discrimination and retaliation be made against that Agency that continues to deny the advancement of people of color. I want this Agency to be held liable for the years of torment they have allowed to happen, supported, and endorsed.

Respectfully submitted,

*Phyllis J. Lawrence*
Signature

Phyllis J. Lawrence
_____
Print Name

1204 Newlodge Court
Antioch, TN 37013

615-354-7970

February 12, 2021

**CLERK, U.S. DISTRICT COURT**
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

RECEIVED
FEB 12 2021
US DISTRICT COURT
MID DIST TENN

Name Phyllis S. Lawrence
Case/Docket No. 03:21-CV-00031
Address & Phone No. 1204 Newlodge Ct.
Antioch, TN 37013  615-854-7970
Amount of Payment $

NO CASH ACCEPTED (CHECKS/MONEY ORDERS ONLY)